UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SPINELL HOMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED SPECIALTY INSURANCE COMPANY, BENCHMARK INSURANCE COMPANY, and TOTEM AGENCIES, INC. foreign insurance company, <br><br> Defendants. | No. 3:21-cv-00092-JWS <br><br> **DEFENDANT BENCHMARK INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441(a)** |

TO: The Clerk of the Court;

AND TO: Plaintiff, and their counsel of record, Laura Dulic.

Please take Notice that Defendant Benchmark Insurance Company (hereinafter, "Benchmark") hereby removes to this Court the state court action described below.

### I. THE SUBJECT ACTION

1. On March 18, 2021, Plaintiff filed its First Amended Complaint in the Superior Court for the State of Alaska at Anchorage, under Case No. 3AN-21-04904CI (hereinafter, the "Underlying Lawsuit"). Sometime thereafter, Plaintiff served Benchmark with a true and correct copy of the Summons and First Amended Complaint. **Exhibit 1.**

NOTICE OF REMOVAL - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 3:21-cv-00092-JWS   Document 1   Filed 04/14/21   Page 1 of 5

## II. DIVERSITY OF CITIZENSHIP

2. In the First Amended Complaint, attached hereto as Exhibit 1, Plaintiff alleges that their corporation is organized and existing under the laws of the State of Alaska, with its principal office and place of business located in Anchorage, Alaska. **Exhibit 1.**

3. Totem Agencies Inc., (hereinafter, "Totem") is a foreign insurance agency organized and existing under the laws of Washington, with its principal office and place of business in Kirkland, Washington. **Exhibit 1.**

4. Upon information and belief, USIC is a foreign insurance company organized and existing under the laws of Texas, with its principal office and place of business located in Bedford, Texas. **Exhibit 1.**

5. Benchmark is a foreign insurer organized and existing under the laws of Kansas, with its principal office and place of business located in Wayzata, Minnesota. **Exhibit 1.**

## III. AMOUNT IN CONTROVERSEY

6. On June 9, 2017 Plaintiff and Levi and Blair Robinson (the "Robinsons") allegedly entered into a purchase and sale agreement for Plaintiff to construct a new home for the Robinsons. **Exhibit 1.** On December 31, 2017 USIC issued Plaintiff a Commercial General Liability Policy, policy No. ATN-SF17141380 ("USIC Policy"), the USIC Policy was in effect from December 31, 2017 through December 31, 2018. **Exhibit 1.** The USIC Policy covered up to $1,000,000 per occurrence for property damage. **Exhibit 1.**

8. In the fall of 2018, Plaintiff allegedly began working with Totem to procure a new CGL policy for the coming year. **Exhibit 1.**

9. Totem procured CGL policy NO. BIC509175 through Benchmark effective December 31, 2018 through December 31, 2019 ("Benchmark Policy"). **Exhibit 1.** The

NOTICE OF REMOVAL - 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 3:21-cv-00092-JWS   Document 1   Filed 04/14/21   Page 2 of 5

Benchmark Policy provided $1,000,000 in coverage per occurrence. **Exhibit 1.**

13. Allegedly a fire or multiple fires caused severe damage to the Robinson's home. **Exhibit 1.** A subsequent investigation into the cause of the fire(s) ascribed blame to the negligent fabrication and/or installation of the chimney, its components, and/or the wood framed metal enclosure around the chimney. **Exhibit 1.**

14. The Robinsons allegedly submitted a claim to their homeowners' insurer and were paid approximately $529,516.30. **Exhibit 1.** The Robinsons also allegedly incurred damages not covered by their insurance policy in the amount of $35,000. **Exhibit 1.**

15. Plaintiff now seeks to recover alleged damages from the Defendant's related to sums paid by Plaintiff to the Robinsons and the Robinson's homeowner's insurance carrier. **Exhibit 1.**

16. Plaintiff alleges Totem owed them a duty to exercise reasonable care, skill, and diligence in procuring insurance and/or in timely advising Plaintiff adequately of the existence, risks, or costs of potential gaps in coverage. **Exhibit 1.**

17. Plaintiff also alleges damages as a result of breach of contract by USIC. **Exhibit 1.**

18. Plaintiff also alleges damages as a result of breach of contract by Benchmark. **Exhibit 1.**

19. Plaintiff alleges damages in excess of $100,000. **Exhibit 1.**

20. On March 18, 2021, Plaintiff filed the First Amended Complaint, alleging claims for negligence, professional malpractice, and breach of contract. **Exhibit 1.**

21. Plaintiff claims they are entitled to compensatory, consequential, and incidental damages from any and all breaches, and awarded the costs of this action, including reasonable attorney fees and costs, pre-judgment interest, post-judgment interest and any other relief this

NOTICE OF REMOVAL - 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 3:21-cv-00092-JWS   Document 1   Filed 04/14/21   Page 3 of 5

| | |
|---|---|
| 1 | Court deems equitable. **Exhibit 1.** |
| 2 | 22. The jurisdictional minimum may be satisfied by claims of general and specific |
| 3 | damages, by attorney's fees, and by punitive damages. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, |
| 4 | 980 (9th Cir. 2005); *Gibson v. Chrysler Corp.*, 261 F.3d 927, 946 (9th Cir. 2001); *Galt v.* |
| 5 | *Scandinavia*, 142 F.3d 1150, 1155 – 56 (9th Cir. 1998). |
| 6 | 23. The amount in controversy requirement may be satisfied by the Plaintiff's claim for |
| 7 | more than $100,000 in damages. **Exhibit 1.** |
| 8 | 24. Based on the foregoing, the amount in controversy in this matter is in excess of the |
| 9 | $75,000 jurisdictional limitation. |

### IV. JURISDICTION

25. For purposes of determining jurisdiction under 28 U.S.C. §1332, USIC, Defendant Totem is organized under the laws of Washington, Defendant USIC is organized under the laws of Texas, Defendant Benchmark is organized under the laws of Minnesota, and Plaintiff is organized under the laws of Alaska. **Exhibit 1**. As a result, Plaintiff and Defendants are organized under the laws of different states.

26. The amount in controversy exceeds $75,000, excluding interest and costs.

27. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. §1332 and 28 U.S.C. §1441.

28. Counsel has appeared on behalf of Defendant Totem and has provided consent for this Notice of Removal.

29. Counsel has appeared on behalf of Defendant USIC and has provided consent for this Notice of Removal.

NOTICE OF REMOVAL - 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 3:21-cv-00092-JWS  Document 1  Filed 04/14/21  Page 4 of 5

## V. TIMELINESS

30. Plaintiff filed the complaint on March 18, 2021. **Exhibit 1.** Benchmark was served a copy of the Summons and Complaint sometime thereafter. **Exhibit 1.** This Notice of Removal, filed on April 14, 2021, is timely under 28 U.S.C. §1446.

## VI. COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE COURT PROCEEDINGS

31. In accordance with 28 U.S.C. § 1446, attached to this Notice as Exhibit 1 are true and correct copies of all process, pleadings, and orders served on Benchmark in the action before the Superior Court in the State of Alaska. These documents are:

    A. First Amended Complaint

    B. Summons to Benchmark

32. Notice of this removal will be filed with the Clerk of the Alaska Superior Court and will be given to all other parties, in accordance with 28 U.S.C. § 1446.

DATED this 14th day of April, 2021

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA No. 18089
Sam Colito, WSBA No. 42529
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
scolito@letherlaw.com
*Counsel for Benchmark Insurance Company*

NOTICE OF REMOVAL - 5

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

Case 3:21-cv-00092-JWS   Document 1   Filed 04/14/21   Page 5 of 5